# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GOODENOUGH, JOHN C.   §   Case No. 11-85226
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/17/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  06/24/2013          By:  /s/BERNARD J. NATALE
                                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GOODENOUGH, JOHN C.  §  Case No. 11-85226
§
§
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 210,000.00 |
| *and approved disbursements of* | $ 15,520.98 |
| *leaving a balance on hand of* [1] | $ 194,479.02 |
| **Balance on hand:** | $ 194,479.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 194,479.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 13,750.00 | 0.00 | 13,750.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 14,460.25 | 13,762.00 | 698.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 298.88 | 290.20 | 8.68 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 151.60 | 151.60 | 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 14,716.93 |
| Remaining balance: | $ 179,762.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 179,762.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 179,762.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,448.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cheesie Federal Credit Union | 36,137.72 | 0.00 | 36,137.72 |
| 2 | Midland Credit Management, Inc. | 795.91 | 0.00 | 795.91 |
| 3 | Midland Funding LLC | 515.14 | 0.00 | 515.14 |

Total to be paid for timely general unsecured claims: $ 37,448.77
Remaining balance: $ 142,313.32

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 149,164.42 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 95.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Castle Orthopaedics and Sports Medicine, S.C. | 2,342.36 | 0.00 | 2,234.78 |
| 5 | Rush Copley Medical Center, Inc. | 141,785.52 | 0.00 | 135,273.33 |
| 6 | Boyd Ingemunson | 5,000.00 | 0.00 | 4,770.35 |
| 7 | Armor Systems Co | 36.54 | 0.00 | 34.86 |

Total to be paid for tardy general unsecured claims:   $   142,313.32
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-85226-TML
John C. Goodenough                                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: jclarke              Page 1 of 3              Date Rcvd: Jun 26, 2013
                              Form ID: pdf006            Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2013.
```
db         +John C. Goodenough,    831 W. Taylor Street., Apt. 608,    DeKalb, IL 60115-4060
18302846   +Agency Services, Inc.,    P.O. Box 8959,   Elkridge, MD 21075-8959
18147763   +Atg Credit Llc,    1043 W. Grandville,   Chicago, IL 60660-2152
18302847    Calvert Memorial Hospital,    P.O. Box 741463,   Atlanta, GA 30374-1463
19274567   +Castle Orthopaedics and Sports Medicine, S.C.,    c/o Dreyer, Foote, Streit, Furgason & Sl,
             1999 West Downer Place,    Aurora, IL 60506-4776
18147764   +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
18147766   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18147765   +Chase,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
18299101    Cheesie Federal Credit Union,    c/o H.Gregory Skidmore, Esq.,    POB 360,
             Cumberland, MD 21501-0360
18147768   +Collection Svc Center,    54 N Centre St,   Cumberland, MD 21502-2306
18302853   +Consumer Loan Center,    Mailstop: P5-PCLC-A2-R,    2730 Liberty Avenue,
             Pittsburgh, PA 15222-4704
18147771   +Er Solutions,    800 Sw 39th St,   Renton, WA 98057-4975
18147772   +Ffcc-Columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
18147773   +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
18147777   +Healthcare Financial S,    1204 Kanawha Blvd E,    Charleston, WV 25301-2900
18147780   +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
18147781   +Litton Loan Servicing,    4828 Loop Central Dr,    Houston, TX 77081-2166
18147782   +Mbb,   1460 Renaissance Dr,    Park Ridge, IL 60068-1349
18147783   +Med Busi Bur,    1460 Renaissance Drive Ste 400,    Park Ridge, IL 60068-1349
19927307    Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
18147786   +Nationwide Credit Corp,    5503 Cherokee Ave,   Alexandria, VA 22312-2307
18147787   +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
18147788   +Pnc Mortgage,    6 N Main St,   Dayton, OH 45402-1908
19274712   +Rush Copley Medical Center, Inc.,    c/o Dreyer, Foote, Streit, Furgason,    1999 West Downer Place,
             Aurora, IL 60506-4776
18147789   +Santander Consumer Usa,    Po Box 961245,   Ft Worth, TX 76161-0244
18302878   +Suburban Credit Corporation,    6142 Franconia Road,    P.O. Box 30640,   Alexandria, VA 22310-8640
18147790   +Td Auto Finance,    5225 Crooks Rd,   Troy, MI 48098-2823
18147791    Tdaf,   27777 Franklin Rd,    Southfield, MI 48034-2337
18147792   +Tract/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
18302883   +Valley District Ambulance,    P.O. Box 999,   Oceana, WV 24870-0999
18147779   ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,    1ST FLOOR,   DES MOINES IA 50328-0001
            (address filed with court:   Homeq Servicing,    Po Box 13716,    Sacramento, CA 95853)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18147761     E-mail/Text: bnc-applied@quantum3group.com Jun 27 2013 00:55:14      Applied Bank,
              601 Delaware Ave,    Wilmington, DE 19801
18147762    +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jun 27 2013 00:51:30      Armor Systems Co,
              1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
19305105    +E-mail/Text: jrvoiland@sbcglobal.net Jun 27 2013 00:54:47      Boyd Ingemunson,
              c/o Joseph R. Voiland,    1625 Wing Rd.,   Yorkville, IL 60560-9263
18561636     E-mail/PDF: rmscedi@recoverycorp.com Jun 27 2013 00:59:01      Capital Recovery IV LLC,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18147767    +E-mail/Text: COLLECTIONS@CHESSIEFCU.ORG Jun 27 2013 00:51:54      Chessie Fcu,    141 Baltimore St,
              Cumberland, MD 21502-2377
18147769    +E-mail/Text: ccusa@ccuhome.com Jun 27 2013 00:52:03      Credit Coll/Usa,    Po Box 873,
              Morgantown, WV 26507-0873
18147770    +E-mail/Text: ana@divservgrp.com Jun 27 2013 00:53:25      Diversified Svs Group,
              1824 W Grand Ave Ste 200,    Chicago, IL 60622-6721
18302856    +E-mail/Text: pspitzer@emaonline.com Jun 27 2013 00:55:18      EMA,   20010 Centruy Blvd Ste 200,
              Germantown, MD 20874-1118
18147774     E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2013 00:56:58      Gecrb/Ge Money Bank Lo,
              Po Box 103065,    Roswell, GA 30076
18147775    +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2013 02:00:29      Gecrb/Paypal Smart Con,
              Po Box 981064,    El Paso, TX 79998-1064
18147776    +E-mail/PDF: gecsedi@recoverycorp.com Jun 27 2013 00:59:07      Gemb/Walmart,   Po Box 981400,
              El Paso, TX 79998-1400
18147778    +E-mail/Text: hhribal@standardbankpa.com Jun 27 2013 00:52:27      Hoblitzell Natl Bank,
              Po Box 667,    Hyndman, PA 15545-0667
18477697    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2013 00:50:49      Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
18147784    +E-mail/Text: bankruptcydpt@mcmcg.com Jun 27 2013 00:50:49      Midland Credit Mgmt In,
              8875 Aero Dr,    San Diego, CA 92123-2255
18147785    +E-mail/Text: mwilkey@midstatecollections.com Jun 27 2013 00:55:23      Midstate Collection So,
              Po Box 3292,    Champaign, IL 61826-3292
18302873    +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 27 2013 00:54:17
              NCO Financial Systems, Inc.,    507 Prudential Road,   Horsham, PA 19044-2368
18302874    +E-mail/Text: twetzel@peroutkalaw.com Jun 27 2013 00:52:04      Peroutka & Peroutka, P.A.,
              8028 Ritchie Highway, Suite 300,    Pasadena, MD 21122-0803
```

```
District/off: 0752-3          User: jclarke             Page 2 of 3                  Date Rcvd: Jun 26, 2013
                              Form ID: pdf006           Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
19927308        E-mail/PDF: rmscedi@recoverycorp.com Jun 27 2013 00:59:01
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
18147793       +E-mail/Text: STEPHS@MAXPROFITSYS.COM Jun 27 2013 00:53:31      Valley Credit Service,
                 12907 Oak Hill Ave,   Hagerstown, MD 21742-2926
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18302848*      +Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
18302850*      +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
18302849*      +Chase,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
18302851*      +Chessie Fcu,    141 Baltimore St,   Cumberland, MD 21502-2377
18302852*      +Collection Svc Center,    54 N Centre St,   Cumberland, MD 21502-2306
18302854*      +Credit Coll/Usa,    Po Box 873,   Morgantown, WV 26507-0873
18302855*      +Diversified Svs Group,    1824 W Grand Ave Ste 200,    Chicago, IL 60622-6721
18302857*      +Er Solutions,    800 Sw 39th St,   Renton, WA 98057-4975
18302858*      +Ffcc-Columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
18302859*      +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
18302860*       Gecrb/Ge Money Bank Lo,    Po Box 103065,   Roswell, GA 30076
18302861*      +Gecrb/Paypal Smart Con,    Po Box 981064,   El Paso, TX 79998-1064
18302862*      +Gemb/Walmart,    Po Box 981400,   El Paso, TX 79998-1400
18302863*      +Healthcare Financial S,    1204 Kanawha Blvd E,    Charleston, WV 25301-2900
18302864*      +Hoblitzell Natl Bank,    Po Box 667,   Hyndman, PA 15545-0667
18302866*      +Hsbc Bank,    Po Box 5253,   Carol Stream, IL 60197-5253
18302867*      +Litton Loan Servicing,    4828 Loop Central Dr,    Houston, TX 77081-2166
18302868*      +Mbb,    1460 Renaissance Dr,   Park Ridge, IL 60068-1349
18302869*      +Med Busi Bur,    1460 Renaissance Drive Ste 400,    Park Ridge, IL 60068-1349
18302870*      +Midland Credit Mgmt In,    8875 Aero Dr,   San Diego, CA 92123-2255
18302871*      +Midstate Collection So,    Po Box 3292,   Champaign, IL 61826-3292
18302872*      +Nationwide Credit Corp,    5503 Cherokee Ave,    Alexandria, VA 22312-2307
18302875*      +Pinnacle Credit Servic,    7900 Highway 7 # 100,    Saint Louis Park, MN 55426-4045
18302876*      +Pnc Mortgage,    6 N Main St,   Dayton, OH 45402-1908
18302877*      +Santander Consumer Usa,    Po Box 961245,   Ft Worth, TX 76161-0244
18302879*      +Td Auto Finance,    5225 Crooks Rd,   Troy, MI 48098-2823
18302880*       Tdaf,    27777 Franklin Rd,    Southfield, MI 48034-2337
18302881*      +Tract/Cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
18302882*      +Valley Credit Service,    12907 Oak Hill Ave,   Hagerstown, MD 21742-2926
18302865*     ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
                (address filed with court:  Homeq Servicing,    Po Box 13716,   Sacramento, CA 95853)
                                                                                           TOTALS: 0, * 30, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2013**                **Signature:**      *Joseph Speetjens*

```
District/off: 0752-3          User: jclarke              Page 3 of 3                  Date Rcvd: Jun 26, 2013
                              Form ID: pdf006            Total Noticed: 50
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2013 at the address(es) listed below:

```
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    on behalf of Plaintiff Bernard J Natale natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Carole J. Ryczek    on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Michael W Huseman    on behalf of Creditor   Rush Copley Medical Center, Inc.
               mhuseman@dreyerfoote.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
                                                                                             TOTAL: 8
```