**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: GOODENOUGH, JOHN C. § | Case No. 11-85226 |
| § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $18,000.00                    Assets Exempt: $18,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $179,772.09    Claims Discharged
                                                Without Payment: $168,839.16

Total Expenses of Administration: $30,227.91

---

3) Total gross receipts of $ 210,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $210,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,227.91 | 30,227.91 | 30,227.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 183,486.06 | 186,613.19 | 186,613.19 | 179,772.09 |
| **TOTAL DISBURSEMENTS** | $183,486.06 | $216,841.10 | $216,841.10 | $210,000.00 |

4) This case was originally filed under Chapter 7 on December 07, 2011. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2013          By: /s/BERNARD J. NATALE
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference | 1241-000 | 5,000.00 |
| Sale of Annuity | 1249-000 | 205,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$210,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 8.68 | 8.68 | 8.68 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 698.25 | 698.25 | 698.25 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 151.60 | 151.60 | 151.60 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 13,750.00 | 13,750.00 | 13,750.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 290.20 | 290.20 | 290.20 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 13,762.00 | 13,762.00 | 13,762.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 271.87 | 271.87 | 271.87 |
| Rabobank, N.A. | 2600-000 | N/A | 291.38 | 291.38 | 291.38 |
| Rabobank, N.A. | 2600-000 | N/A | 304.23 | 304.23 | 304.23 |
| Rabobank, N.A. | 2600-000 | N/A | 289.70 | 289.70 | 289.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $30,227.91 | $30,227.91 | $30,227.91 |

## **EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## **EXHIBIT 6 — PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cheesie Federal Credit Union | 7100-000 | 20,665.00 | 36,137.72 | 36,137.72 | 36,137.72 |
| 2 | Midland Credit Management, Inc. | 7100-000 | 787.00 | 795.91 | 795.91 | 795.91 |
| 3 | Midland Funding LLC | 7100-000 | N/A | 515.14 | 515.14 | 515.14 |
| 4 | Castle Orthopaedics and Sports Medicine, S.C. | 7200-000 | N/A | 2,342.36 | 2,342.36 | 2,234.93 |
| 5 | Rush Copley Medical Center, Inc. | 7200-000 | N/A | 141,785.52 | 141,785.52 | 135,282.84 |
| 6 | Boyd Ingemunson | 7200-000 | N/A | 5,000.00 | 5,000.00 | 4,770.69 |
| 7 | Armor Systems Co | 7200-000 | 36.00 | 36.54 | 36.54 | 34.86 |
| NOTFILED | Gecrb/Paypal Smart Con | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/Ge Money Bank Lo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Walmart | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Healthcare Financial S | 7100-000 | 913.00 | N/A | N/A | 0.00 |
| NOTFILED | Homeq Servicing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hoblitzell Natl Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hoblitzell Natl Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-Columbus Inc | 7100-000 | 190.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-Columbus Inc | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Svs Group | 7100-000 | 1,216.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Svs Group | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Svs Group | 7100-000 | 691.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Svs Group | 7100-000 | 1,375.00 | N/A | N/A | 0.00 |
| NOTFILED | Homeq Servicing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Er Solutions | 7100-000 | 1,758.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Svs Group | 7100-000 | 2,358.00 | N/A | N/A | 0.00 |
| NOTFILED | EMA | 7100-000 | 499.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Svs Group | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Med Busi Bur | 7100-000 | 528.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Suburban Credit Corporation | 7100-000 | 656.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Mortgage | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Santander Consumer Usa | 7100-000 | 5,038.00 | N/A | N/A | 0.00 |
| NOTFILED | Td Auto Finance | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tdaf | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Valley District Ambulance | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | Tract/Cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Valley Credit Service | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Credit Servic | 7100-000 | 515.00 | N/A | N/A | 0.00 |
| NOTFILED | Peroutka & Peroutka, P.A. | 7100-000 | 514.52 | N/A | N/A | 0.00 |
| NOTFILED | Mbb | 7100-000 | 252.00 | N/A | N/A | 0.00 |
| NOTFILED | Litton Loan Servicing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Litton Loan Servicing | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Svs Group | 7100-000 | 2,427.00 | N/A | N/A | 0.00 |
| NOTFILED | Med Busi Bur | 7100-000 | 326.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems, Inc. | 7100-000 | 430.76 | N/A | N/A | 0.00 |
| NOTFILED | Midstate Collection So | 7100-000 | 1,540.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit Corp | 7100-000 | 876.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 8.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Svc Center | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Svc Center | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Svc Center | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Svc Center | 7100-000 | 62.00 | N/A | N/A | 0.00 |
| NOTFILED | Collection Svc Center | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| NOTFILED | Consumer Loan Center | 7100-000 | 430.76 | N/A | N/A | 0.00 |
| NOTFILED | Collection Svc Center | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Agency Services, Inc. | 7100-000 | 112.02 | N/A | N/A | 0.00 |
| NOTFILED | Atg Credit Llc | 7100-000 | 879.00 | N/A | N/A | 0.00 |
| NOTFILED | Atg Credit Llc | 7100-000 | 879.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbna | 7100-000 | 692.00 | N/A | N/A | 0.00 |
| NOTFILED | Calvert Memorial Hospital | 7100-000 | 591.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Svs Group | 7100-000 | 4,325.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 200.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Credit Coll/Usa | 7100-000 | 174.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 22.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 19.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 3.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Svs Group | 7100-000 | 6,651.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Svs Group | 7100-000 | 122,543.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 118.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 26.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 66.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 28.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Coll/Usa | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $183,486.06 | $186,613.19 | $186,613.19 | $179,772.09 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85226  
**Case Name:** GOODENOUGH, JOHN C.

**Period Ending:** 11/13/13

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 12/07/11 (f)  
**§341(a) Meeting Date:** 01/12/12  
**Claims Bar Date:** 05/10/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash On Hand | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | $15,000 Equity from sale of home during divorce | 15,000.00 | 0.00 | | 0.00 | FA |
| 4 | General Household Goods and Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Everyday Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6 | 1995 Impala, 136,000 miles | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Preference (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 8 | Sale of Annuity (u) | 0.00 | 205,000.00 | | 205,000.00 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$18,000.00** | **$210,000.00** | | **$210,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE WAITING FOR ACCOUNTANT TO COMPLETE TAX RETURNS.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013        **Current Projected Date Of Final Report (TFR):**   June 24, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 11-85226 | | **Trustee:** | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| **Case Name:** | GOODENOUGH, JOHN C. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******99-66 - Checking Account |
| **Taxpayer ID #:** | **-***5679 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 11/13/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/25/12 | {7} | Law Offices of Dallas C. Ingemunson | Payment of Perference - Ingemunson | 1241-000 | 5,000.00 | | 5,000.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,950.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,925.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,900.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,875.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,850.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 4,850.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.00 | 5,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,850.00 | |
| | | | **Subtotal** | | 5,000.00 | 150.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$150.00** | |

{} Asset reference(s)

Printed: 11/13/2013 12:03 PM    V.13.13

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-85226
**Case Name:** GOODENOUGH, JOHN C.
**Taxpayer ID #:** \*\*-\*\*\*5679
**Period Ending:** 11/13/13

**Trustee:** BERNARD J. NATALE (330370)
**Bank Name:** Rabobank, N.A.
**Account:** \*\*\*\*\*\*5466 - Checking Account
**Blanket Bond:** $606,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 4,850.00 | | 4,850.00 |
| 01/31/13 | {8} | Liberty Settlement Funding | Pymt of Annuity | 1249-000 | 205,000.00 | | 209,850.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 209,840.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 271.87 | 209,568.13 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 291.38 | 209,276.75 |
| 04/03/13 | 10101 | BERNARD J. NATALE, LTD. | | | | 14,052.20 | 195,224.55 |
| | | | Payment of Interim Atty Fees   13,762.00 | 3110-000 | | | 195,224.55 |
| | | | Payment of Interim Atty Expenses   290.20 | 3120-000 | | | 195,224.55 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 304.23 | 194,920.32 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 289.70 | 194,630.62 |
| 06/03/13 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-85226, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 146.80 | 194,483.82 |
| 06/03/13 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-85226, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -146.80 | 194,630.62 |
| 06/03/13 | 10103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-85226, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 151.60 | 194,479.02 |
| 07/17/13 | 10104 | BERNARD J. NATALE | Dividend paid 100.00% on $13,750.00, Trustee Compensation; Reference: | 2100-000 | | 13,750.00 | 180,729.02 |
| 07/17/13 | 10105 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: Voided on 07/22/13 | 2700-003 | | 260.00 | 180,469.02 |
| 07/17/13 | 10106 | Cheesie Federal Credit Union | Distribution paid 100.00% on $36,137.72; Claim# 1; Filed: $36,137.72; Reference: 85112-30&31 | 7100-000 | | 36,137.72 | 144,331.30 |
| 07/17/13 | 10107 | Midland Credit Management, Inc. | Distribution paid 100.00% on $795.91; Claim# 2; Filed: $795.91; Reference: 7379 | 7100-000 | | 795.91 | 143,535.39 |
| 07/17/13 | 10108 | Midland Funding LLC | Distribution paid 100.00% on $515.14; Claim# 3; Filed: $515.14; Reference: 0001  VERIZON WIRELESS | 7100-000 | | 515.14 | 143,020.25 |

Subtotals :         $209,850.00         $66,829.75

{} Asset reference(s)         Printed: 11/13/2013 12:03 PM   V.13.13

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-85226  
**Case Name:** GOODENOUGH, JOHN C.  
**Taxpayer ID #:** **-***5679  
**Period Ending:** 11/13/13  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5466 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/17/13 | 10109 | Castle Orthopaedics and Sports Medicine, S.C. | Distribution paid 95.40% on $2,342.36; Claim# 4; Filed: $2,342.36; Reference: JUDGMENT 10SC2901 | 7200-000 | | 2,234.78 | 140,785.47 |
| 07/17/13 | 10110 | Rush Copley Medical Center, Inc. | Distribution paid 95.40% on $141,785.52; Claim# 5; Filed: $141,785.52; Reference: MEDICAL SERVICES | 7200-000 | | 135,273.33 | 5,512.14 |
| 07/17/13 | 10111 | Boyd Ingemunson | Distribution paid 95.40% on $5,000.00; Claim# 6; Filed: $5,000.00; Reference: | 7200-000 | | 4,770.35 | 741.79 |
| 07/17/13 | 10112 | Armor Systems Co | Distribution paid 95.40% on $36.54; Claim# 7; Filed: $36.54; Reference: 6714 | 7200-000 | | 34.86 | 706.93 |
| 07/17/13 | 10113 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 706.93 | 0.00 |
| | | | Dividend paid 100.00% on $698.25; Claim# ATTY; Filed: $698.25    698.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $8.68; Claim# EXP; Filed: $8.68    8.68 | 3120-000 | | | 0.00 |
| 07/22/13 | 10105 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: Voided: check issued on 07/17/13 | 2700-003 | | -260.00 | 260.00 |
| 07/22/13 | 10114 | CLERK OF THE BANKRUPTCY COURT | Pymt of Adversary Fee | 2700-000 | | 250.00 | 10.00 |
| 08/06/13 | 10115 | Rush Copley Medical Center, Inc. | Distribution paid 95.41% on $141,785.52; Claim# 5; Filed: $141,785.52; Reference: MEDICAL SERVICES | 7200-000 | | 9.51 | 0.49 |
| 08/06/13 | 10116 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 0.49 | 0.00 |
| | | | Dividend paid 95.41% on $2,342.36; Claim# 4; Filed: $2,342.36; Reference: JUDGMENT 10SC2901    0.15 | 7200-000 | | | 0.00 |
| | | | Dividend paid 95.41% on $5,000.00; Claim# 6; Filed: $5,000.00    0.34 | 7200-000 | | | 0.00 |

Subtotals :          $0.00          $143,020.25

{} Asset reference(s)          Printed: 11/13/2013 12:03 PM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 11-85226 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | GOODENOUGH, JOHN C. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5466 - Checking Account |
| **Taxpayer ID #:** | **-***5679 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 11/13/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 209,850.00 | 209,850.00 | $0.00 |
| | | | Less: Bank Transfers | | 4,850.00 | 0.00 | |
| | | | **Subtotal** | | 205,000.00 | 209,850.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$205,000.00** | **$209,850.00** | |

| | |
|---|---|
| Net Receipts : | 210,000.00 |
| Net Estate : | $210,000.00 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****-******99-66** | 5,000.00 | 150.00 | 0.00 |
| **Checking # ******5466** | 205,000.00 | 209,850.00 | 0.00 |
| | $210,000.00 | $210,000.00 | $0.00 |

{} Asset reference(s)

Printed: 11/13/2013 12:03 PM    V.13.13